Charles BAILEY, Plaintiff-Appellant,

v.

WARFIELD & ROHR, Defendant-Appellee.

No. 17-1324

United States Court of Appeals, Fourth Circuit.

Submitted: April 25, 2017

Decided: April 28, 2017

Charles Bailey, Appellant Pro Se. Mark Jay Swerdlin, Parker Engle Thoeni, SHAWE & ROSENTHAL, LLP, Baltimore, Maryland, for Appellee.

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Bailey appeals the district court's order dismissing his employment discrimination complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Bailey's informal brief does not challenge the basis for the district court's disposition, Bailey has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*